**Order entered January 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00571-CR

**WINDELL STOKES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 15-50472-422-F**

## ORDER

Before the Court is the State's January 28, 2019 third motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief filed on or before February 27, 2019. The State is cautioned that this case may be set for submission at any time.

We **DIRECT** the Clerk to set this case at issue.

/s/     BILL PEDERSEN, III
         JUSTICE